**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| **JAMES WOODS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO: 5:07CV00029** |
| **GH** | | |
| | § | |
| **A.H. BECK FOUNDATION,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING ADMISSION**
**_PRO HAC VICE_ OF STAN PIETRUSIAK**

THIS CAUSE comes before the Court on the Application to Practice *Pro Hac Vice* for Stan Pietrusiak, and the Court, having duly considered that Application, finds sufficient cause for granting the requested Application. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Application for Stan Pietrusiak for Admission *Pro Hac Vice* is hereby **GRANTED**, and that Stan Pietrusiak is hereby admitted to practice before this Court *pro hac vice* in this matter.

IT IS SO ORDERED this 22nd day of March, 2007.


_____
United States District Judge