IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| JAMES WOODS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO: 5:07CV00029 |
| GH | | |
| | § | |
| A.H. BECK FOUNDATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF JAMES H. KIZZIAR, JR.

THIS CAUSE comes before the Court on the Application to Practice *Pro Hac Vice* for James H. Kizziar, Jr., and the Court, having duly considered that Application, finds sufficient cause for granting the requested Application. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Application for James H. Kizziar, Jr. for Admission *Pro Hac Vice* is hereby **GRANTED**, and that James H. Kizziar, Jr. is hereby admitted to practice before this Court *pro hac vice* in this matter.

**IT IS SO ORDERED** this 22nd day of March, 2007.

*George Howard, Jr.*
United States District Judge