**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES WOODS                                                                        PLAINTIFF

v.                                          NO. 5:07CV00029 JLH

A.H. BECK FOUNDATION                                                          DEFENDANT

## O R D E R

In light of the Order entered on this date allowing the firm of Harrill & Sutter to withdraw as counsel of record for plaintiff, Mr. Woods is now proceeding *pro se.*

The purpose of this Order is to direct plaintiff's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.   Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the U.S. District Court Clerk for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested, to the address provided by Mr. Gillham, 1108 North Main, Eudora, Arkansas 71640.

IT IS SO ORDERED this 3rd day of August, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE